IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE,<br><br>      Defendant. | Case No. 4:23-cv-00400<br><br><br>**SCHEDULING ORDER AND<br>DISCOVERY PLAN** |

       Counsel have conferred and submit the following case information and proposed dates for case management:

## **INTRODUCTION**

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information?  ☒ Yes ☐ No

   *If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:  December 18, 2024

2. Deadline for motions to add parties:  January 31, 2025

3. Deadline for motions to amend pleadings:  January 31, 2025

4. Expert Witnesses disclosed by:
   a. Plaintiff:  March 3, 2025
   b. Defendant:  May 2, 2025
   c. Plaintiff Rebuttal:  June 2, 2025

5. Deadline for completion of discovery:  July 3, 2025

6. Dispositive motions deadline (*at least 150 days before Trial Ready Date*):  August 5, 2025

7. Trial Ready Date (*at least 150 days after Dispositive Motions Date*):  January 2, 2026

8.  Has a jury demand been filed? ☒ Yes     ☐ No

9.  Estimated length of trial: _____5_____ days

10. Settlement conference (choose one of the following):
    a.  ☐ A court-sponsored settlement conference should be set by the court at this time for
        a date after: _____
        Or
    b.  ☒ A court-sponsored settlement conference is not necessary at this time.

11. Should the court order a court-sponsored scheduling and planning conference pursuant to
    Fed. R. Civ. P. 16(b) and 26(f)?
        ☐ Yes     ☒ No

12. Do the parties unanimously consent to trial, disposition, and judgement by a U.S. Magistrate
Judge, with the appeal to the Eighth Circuit Court of Appeals? 28 U.S.C. § 636(c)?
        ☐ Yes     ☒ No

_____
Attorney for Plaintiff
Charles Wittmack, AT0008976
WLF PC
The Financial Center
666 Walnut Street STE 2300
Des Moines, IA 50309
T. (515) 500-1400
F. (515) 400-1800
c@wlf.law

  /s/ Frances M. Haas
_____
Attorney for Defendant
Frances M. Haas, AT0009838
NYEMASTER GOOD, P.C
625 First Street SE, Suite 400
Cedar Rapids, IA 52401
T. (319) 286-7000
F. (319) 286-7050
fmhaas@nyemaster.com

  /s/ Frank Harty
_____
Attorney for Defendant
Frank Harty, AT0003356
NYEMASTER GOOD, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
T. (515) 283-3100
F. (515) 283-8045
fharty@nyemaster.com

## **JUDGE'S REVISIONS**

The deadline in Paragraph _____ Is changed to _____
The deadline in Paragraph _____ Is changed to _____
The deadline in Paragraph _____ Is changed to _____

**IT IS ORDERED** that this proposed Scheduling order and Discovery Plan
        □ is approved and adopted by this court.

        □ is not approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:
        □ will not be scheduled at this time.

        □ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa on the _____ day of _____, at _____ o'clock □ a.m. □ p.m.

        □ will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____ o'clock □ a.m. □ p.m.

**DATED** this _____ day of _____, _____.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT