**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE, ERIK KOHL, and DEANNA SHORB,<br><br>　　　　Defendants. | Case No. 4:23-cv-00400<br><br>**DEFENDANT GRINNELL COLLEGE'S UNRESISTED MOTION FOR PROTECTIVE ORDER** |

　　　　Defendant Grinnell College files this files this unresisted motion for entry of a protective order in the form attached to this motion and states:

　　　　1.　　Some documents and information produced in the course of discovery in this action contain confidential personal or medical information of Plaintiff (including educational records and educational records) and confidential information of Defendant and Defendant's students (including confidential information regarding their education, internal complaints, and other matters).

　　　　2.　The attached proposed protective order is designed to protect the confidential nature of these documents and information.

　　　　3.　The parties have communicated about this matter, agree the attached proposed protective order is appropriate, and Plaintiff does not resist this motion.

　　　　For the foregoing reasons, the parties request that the Court grant the unresisted motion for protective order and issue a protective order in the form attached to this motion.

Respectfully submitted,

/s/ Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA  52401
Telephone:  (319) 286-7000
Facsimile:  (319) 286-7050
Email:  fmhaas@nyemaster.com

/s/ Frank Harty, AT0003356
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com

**ATTORNEYS FOR DEFENDANT
GRINNELL COLLEGE**

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants.

Charles N. Wittmack
HARTUNG & SCHROEDER
303 LOCUST STREET
SUITE 300
DES MOINES, IA 50309
515-282-7800
Fax: 515-282-8700
Email: wittmack@hartungschroeder.com

ATTORNEY FOR PLAINTIFF

/s/ Shannon Greenman