# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE,<br><br>    Defendant. | Case No. 4:23-cv-00400<br><br>**STIPULATED DISMISSAL OF DEFENDANT GRINNELL COLLEGE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Plaintiff Jane Doe files this stipulated dismissal of the above-captioned action as to Defendant Grinnell College.

    Respectfully submitted,

    /s/ Frances M. Haas, AT0009838
    NYEMASTER GOODE, P.C.
    625 First Street SE, Suite 400
    Cedar Rapids, IA  52401
    Telephone:  (319) 286-7000
    Facsimile:  (319) 286-7050
    Email:  fmhaas@nyemaster.com

    /s/ Frank Harty, AT0003356
    NYEMASTER GOODE, P.C.
    700 Walnut, Suite 1600
    Des Moines, IA 50309
    Telephone: 515-283-3100
    Facsimile: 515-283-8045
    Email: fharty@nyemaster.com

    **ATTORNEYS FOR DEFENDANT GRINNELL COLLEGE**

/s/ Charles Wittmack
Charles Wittmack
WLF PC
The Financial Center
666 Walnut Street STE 2300
Des Moines, IA 50309
T. (515) 500-1800
F. (515) 400-1130
Email:  c@wlf.law
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on August 1, 2025, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants.

/s/ Charles Wittmack